ERIC HOUSER (SBN 130079)
ROBERT W. NORMAN      (SBN 232470)
CHARLES PICCUTA (SBN 258333)
HOUSER & ALLISON                                         CLOSED
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111 Fax: (949) 679-1112
ehouser@houser-law.com, bnorman@houser-law.com
ctpiccuta@houser-law.com

Attorneys for Defendant,
OCWEN LOAN SERVICING, LLC erroneously sued as OCWEN LOAN SERVICING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VICTORIA PALAFOX,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV 08-07095<br><br>HON. JOHN F. WALTER<br><br>**JUDGMENT OF DISMISSAL** |

It appearing from the files and records of this action that Defendant OCWEN LOAN SERVICING, LLC'S Motion to Dismiss was granted without leave to amend. This Court, with good cause appearing, orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice.

**JUDGMENT IS SO ENTERED**

Dated: February 12, 2009                        _____
                                                John F. Walter
                                                United States District Court Judge

---

**JUDGMENT OF DISMISSAL**

1